Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Burn Fitness, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 90-0514013 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>2576 S. Adams Road<br>Rochester, MI 48309<br>Number, Street, City, State & ZIP Code<br><br>Oakland<br>County | **Mailing address, if different from principal place of business**<br><br>c/o Alyssa Tushman, Resident Agent<br>26675 Normandy<br>Franklin, MI 48025<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | burnfitnessclub.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | Burn Fitness, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Burn Fitness, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**　　　　　　　　　　　Relationship
District　　　　　　　　　　　When　　　　　　　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
　　　　Contact name
　　　　Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million　　　 ☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　 ☐ $500,000,001 - $1 billion

| Debtor | Burn Fitness, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | Burn Fitness, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 30, 2021
              MM / DD / YYYY

**X** /s/ Alyssa Tushman                                    Alyssa Tushman
Signature of authorized representative of debtor            Printed name

Title  Manager and Authorized Agent

**18. Signature of attorney**

**X** /s/ Julie Beth Teicher                                Date  April 30, 2021
Signature of attorney for debtor                                  MM / DD / YYYY

Julie Beth Teicher (P34300)
Printed name

Maddin, Hauser, Roth & Heller, P.C.
Firm name

28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034
Number, Street, City, State & ZIP Code

Contact phone  248-351-7059       Email address  jteicher@maddinhauser.com

(P34300) MI
Bar number and State

| Debtor | Burn Fitness, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Burn Fitness-2, LLC | | Relationship to you | Affiliate |
|---|---|---|---|---|
| District | Eastern District of Michigan | When | Case number, if known | |
| Debtor | Burn Fitness-3, LLC | | Relationship to you | Affiliate |
| District | Eastern District of Michigan | When | Case number, if known | |

**Official Form 201A (12/15)**
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Burn Fitness, LLC _____  Case No. _____
                              Debtor(s)             Chapter  11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets                                              $            0.00

   b. Total debts (including debts listed in 2.c., below)       $            0.00

   c. Debt securities held by more than 500 holders:                                Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $       0.00              0
   secured ☐   unsecured ☐   subordinated ☐   $       0.00              0
   secured ☐   unsecured ☐   subordinated ☐   $       0.00              0
   secured ☐   unsecured ☐   subordinated ☐   $       0.00              0
   secured ☐   unsecured ☐   subordinated ☐   $       0.00              0

   d. Number of shares of preferred stock                       0               0

   e. Number of shares common stock                             0               0

   Comments, if any:

3. Brief description of Debtor's business:
   Health and Fitness Center

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Burn Fitness Holdings LLC - 100% member
   Members of Burn Fitness Holdings LLC are:
   Alyssa Tushman - 51%
   Mark DuFresne - 49%

**Fill in this information to identify the case:**

Debtor name: Burn Fitness, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration  List of Equity Security Holders; Verification of Creditor Matrix; Statement of Debtor Regarding Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 30, 2021      X /s/ Alyssa Tushman
                                   Signature of individual signing on behalf of debtor

                                   Alyssa Tushman
                                   Printed name

                                   Manager and Authorized Agent
                                   Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

21-43828-mar    Doc 1    Filed 04/30/21    Entered 04/30/21 11:48:14    Page 8 of 12

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Burn Fitness, LLC  
Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Burn Fitness Holdings LLC<br>c/o Alyssa Tushman, Res. Agent<br>26675 Normandy<br>Franklin, MI 48025 | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager and Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: April 30, 2021

Signature: /s/ Alyssa Tushman  
Alyssa Tushman, Manager and Authorized Agent

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# BURN FITNESS, LLC

# EQUITY SECURITY HOLDERS MATRIX

Burn Fitness Holdings LLC
c/o Alyssa Tushman, Res. Agent
26675 Normandy
Franklin, MI  48025

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Burn Fitness, LLC  
Debtor(s)

Case No.  
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager and Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 30, 2021

/s/ Alyssa Tushman  
Alyssa Tushman/Manager and Authorized Agent  
Signer/Title

| | | |
|---|---|---|
| American Express<br>P. O. Box 0001<br>Los Angeles, CA 90096-8000 | Consumers Energy<br>P. O. Box 740390<br>Cincinnati, OH 45274-0309 | Northridge Livonia LLC<br>c/o Grand Sakwa Mgt, LLC<br>28470 13 Mile, #220<br>Farmington, MI 48334 |
| Andrew M. Harris, Esq.<br>Kitch Drutchas Wagner et al<br>One Woodward Ave., Ste 2400<br>Detroit, MI 48226-5485 | DTE<br>1 Energy Plaza<br>Detroit, MI 48226 | Rochester Hills, City of - Treasure<br>16748 Collection Center Drive<br>Chicago, IL 60693-0167 |
| Blue Cross Blue Shield<br>P. O. Box 674416<br>Detroit, MI 48267-3458 | Mark DuFresne<br>3168 Rabeeh<br>Auburn Hills, MI 48326 | Tech Johnny<br>4700 Lockhart St<br>West Bloomfield, MI 48323 |
| Burn Fitness Holdings, LLC<br>c/o Alyssa Tushman, Resident Agent<br>26675 Normandy<br>Franklin, MI 48025 | First Insurance Funding<br>459 Skokie Blvd., Ste 1000<br>Northbrook, IL 60062-3709 | U.S. Attorney - E. D. Michigan<br>Attn: Civil Division<br>211 W. Fort St., Suite 2001<br>Detroit, MI 48226 |
| Burn Fitness-2, LLC<br>c/o Alyssa Tushman, Resident Agent<br>26675 Normandy<br>Franklin, MI 48025 | Gauss Group LLC<br>c/o The Farbman Group<br>28400 Northwestern Hwy., 4th Floor<br>Southfield, MI 48034 | U.S. Small Business Administration<br>2 North St., #320<br>Birmingham, AL 35203 |
| Burn Fitness-3, LLC<br>c/o Alyssa Tushman, LLC<br>26675 Normandy<br>Franklin, MI 48025 | Alan Greene<br>Dykema<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 |
| Burn Fitness-3, LLC<br>c/o Alyssa Tushman<br>26675 Normandy<br>Franklin, MI 48025 | Legacy Bank<br>101 West Main<br>Hinton, OK 73047 | Verizon Wireless<br>P. O. Box 408<br>Newark, NJ 07101-0408 |
| Cintas<br>51518 Quadrate Drive<br>Macomb, MI 48042 | Cheryl Luckoff<br>255 E. Brown Street, Suite 102<br>Birmingham, MI 48009 | |
| Comcast<br>P. O. Box 3005<br>Southeastern, PA 19398-3005 | Midwest Strategy Group<br>101 S. Washington Square, Ste. 300<br>Lansing, MI 48933 | |
| Comerica Bank<br>39200 6 Mile Road<br>MC 7578<br>Livonia, MI 48152 | Morganroth & Morganroth<br>344 N. Old Woodward, Suite 200<br>Birmingham, MI 48009 | |